| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SAND, LEONARD B. | U.S. DISTRICT COURT: SDNY | 8/13/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)

☐ Nomination, Date
☐ Initial  ☑ Annual  ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2009
to
12/31/2009 |

| 7. Chambers or Office Address

U.S. COURTHOUSE
500 PEARL STREET, ROOM 1650
NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | ▓▓▓▓ TRUST #2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | TEACHING SALARY - UNIVERSITY (NYU) | $20,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/13/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/13/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. EXXON MOBIL COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. IBM COMMON STOCK | C | Dividend | M | T | | | | | |
| 3. BP AMOCO PLC COMMON STOCK | D | Dividend | M | T | | | | | |
| 4. SAFETY KLEEN CORP COMMON STOCK | | None | J | T | | | | | |
| 5. NIKE INC COMMON STOCK | B | Dividend | M | T | | | | | |
| 6. COMMERCIAL METALS COMMON STOCK | D | Dividend | M | T | | | | | |
| 7. STRYKER CORP COMMON STOCK | D | Dividend | O | T | | | | | |
| 8. TOOTSIE ROLL INDS COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. UNITED COMPANIES TAX DEFERRED ANNUITY | B | Interest | K | T | | | | | |
| 10. KIMBERLY CLARK COMMON STOCK | B | Dividend | L | T | | | | | |
| 11. KIMBERLY CLARK COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. MCKESSON HBOC COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. NASSAU CTY SER N MUNI BOND | A | Interest | J | T | | | | | |
| 15. NEW YORK STATE DORM AU MUNI BOND | B | Interest | K | T | | | | | |
| 16. NEW YORK STATE DORM AU MUNI BOND | A | Interest | | | Sold | 09/14/09 | J | B | |
| 17. PORT AUTH NY & NJ MUNI BOND | A | Interest | | | Sold | 03/05/09 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. LM CLEARB AGG GRW FD CL A (FORMERLY PTNRS AGG GRW CL B) | | None | K | T | Sold (part) | 11/09/09 | L | A | |
| 19. LM CLEARB AGG GRW FD CL A (FORMERLY PTNRS AGG GRW CL B) | | None | J | T | | | | | |
| 20. NY STATE ENVIRONMENTAL FAC MUNI BOND | B | Interest | | | Sold | 09/14/09 | K | A | |
| 21. BERMUDA PROPERTIES LTD COMMON & PFD STOCK | | None | J | T | | | | | |
| 22. OLSTEIN FINANCIAL ALERT FUND - CLASS C | B | Dividend | N | T | | | | | |
| 23. LM WEST ASSET HIGH INC FD CL B (PTNRS HIGH INC FD CL B) | C | Dividend | | | Sold | 11/09/09 | K | A | |
| 24. LM CLEARB LG CAP GRW FD CL B (PTRNS LG CAP GR FD) | | None | K | T | | | | | |
| 25. LM WEST ASSET HIGH INC FD CL B (PTNRS HIGH INC FD CL B) | B | Dividend | | | Sold | 11/09/09 | K | A | |
| 26. NYS DORM AUTH REVS RFDG LENOX HILL HOSPITAL MUNI BOND | A | Interest | J | T | | | | | |
| 27. HAIN CELSTIAL GROUP | | None | J | T | | | | | |
| 28. OLSTEIN FINANCIAL ALERT FUND CLASS C | A | Dividend | M | T | | | | | |
| 29. ANNALY MORTGAGE MGMT COMMON STOCK | C | Dividend | K | T | | | | | |
| 30. LM CLEARB CAP & INC FD CL C (PTNRS CAP & INC FD CL C) | C | Dividend | | | Sold | 11/09/09 | M | A | |
| 31. LM INV SOCIAL AWARE FD CL C (PTNR SOC AWARE FD CL C) | A | Dividend | | | Sold | 11/09/09 | K | A | |
| 32. OLSTEIN FINANCIAL ALERT FUND CLASS C | A | Dividend | L | T | | | | | |
| 33. LM CLEARB CAP & INC FD CL C (PTNRS CAP & INC FD CL C) | A | Dividend | | | Sold | 11/09/09 | K | A | |
| 34. NEW YORK TIMES CLASS A STOCK (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LM WEST ASSET ADJ RATE INC FD (PTRNS ADJ RATE INC FD) | A | Dividend | J | T | | | | | |
| 36. LM CLEARBR APP FD CL B (PTNRS APP FD CL B) | A | Dividend | M | T | | | | | |
| 37. LM CLEARBR LG CAP GRW FD CL B (PTNRS LG CAP GRW FD) | | None | M | T | | | | | |
| 38. FIRST MARBLEHEAD CORP COMMON STOCK | | None | J | T | | | | | |
| 39. FIRST MARBLEHEAD CORP COMMON STOCK | | None | | | Sold | 06/10/09 | J | A | |
| 40. FIRST MARBLEHEAD CORP COMMON STOCK | | None | | | Sold | 07/06/09 | J | A | |
| 41. WHIRLPOOL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. WINDSTREAM CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 43. NYC G/O FISCAL 1994 SER A MUNI BOND | | None | J | T | | | | | |
| 44. NYC TRANSTL FIN AU FUTURE MUNI BOND | A | Interest | | | Sold | 07/28/09 | K | A | |
| 45. DISH NETWORK CL A COMMON | B | Dividend | K | T | | | | | |
| 46. USG CORP COMMON STOCK | | None | J | T | | | | | |
| 47. NYS DORM AU REVS RFDG BRONX LEBANON HOSP MUNI BOND | B | Interest | | | Sold | 09/14/09 | K | A | |
| 48. COMPUCREDIT CORP COMMON STOCK | | None | | | Sold | 07/06/09 | J | A | |
| 49. ECHOSTAR CORP COMMON STOCK | | None | | | Sold | 06/10/09 | J | A | |
| 50. LM CLEARBR CAP FD CL B (FORMERLY PTRNS CAP FD) | | None | | | Sold | 11/09/09 | K | A | |
| 51. PUERTO RICO COMWLTH PUB SER A BOND | B | Interest | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/13/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRUSTS | | | | | | | | | |
| 53. IRA A/C #1 | E | Int./Div. | N | T | | | | | |
| 54. (U.S. TREAS SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 55. DIVIDENDS FROM DE GROUP FD & EMERGING MKT FUND) | | | | | | | | | |
| 56. IRA A/C #2 | A | Int./Div. | K | T | | | | | |
| 57. (U.S. TREAS SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 58. DIVIDENDS FROM DE GROUP FD & EMERGING MKTS FD) | | | | | | | | | |
| 59. LIFE INTEREST IN INCOME OF ▓▓▓ TRUST # 1 | | | | | | | | | |
| 60. VALUE OF TRUST HOLDINGS | E | Int./Div. | P1 | T | | | | | |
| 61. IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 62. COMMON STOCKS | | | | | | | | | |
| 63. EXXON MOBIL | | | | | | | | | |
| 64. GENERAL ELECTRIC | | | | | | | | | |
| 65. BRISTOL MYERS | | | | | | | | | |
| 66. VERIZON COMMUNICATIONS | | | | | | | | | |
| 67. NORFOLK SOUTHERN CORP | | | | | | | | | |
| 68. NORTHROP GRUMAN | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income. value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. DOW CHEMICAL CO | | | | | | | | | |
| 70. PLUM CREEK TIMBER CO | | | | | Sold | 06/01/09 | K | | |
| 71. ZIMMER HOLDINGS INC | | | | | | | | | |
| 72. U.S. BANCORP DEL COM | | | | | | | | | |
| 73. BANK OF AMERICA CORP | | | | | Sold | 02/20/09 | J | | |
| 74. DU PONT EI DE NEMOURS & CO | | | | | | | | | |
| 75. RPM INTERNATIONAL INC | | | | | Sold | 06/10/09 | K | | |
| 76. ARCHER DANIELS MIDLAND CO | | | | | | | | | |
| 77. NESTLE SA (CHF) I | | | | | | | | | |
| 78. LIFE INTEREST IN INCOME OF ▓▓▓ TRUST # 2 | | | | | | | | | |
| 79. VALUE OF TRUST HOLDINGS | C | Int./Div. | N | T | | | | | |
| 80. IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 81. SB MONEY FUND | | | | | | | | | |
| 82. CITIBANK BANK NA BANK DEP PROGRAM | | | | | | | | | |
| 83. COMMON STOCKS | | | | | | | | | |
| 84. HAIN CELESTIAL GRP INC | | | | | | | | | |
| 85. KB HOME | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C = $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. WASHINGTON MUTUAL INC | | | | | Sold | 10/06/09 | J | | |
| 87. FIRST MARBLEHEAD CORP | | | | | | | | | |
| 88. FEDERAL NATIONAL MORTGAGE ASSOCIATION | | | | | | | | | |
| 89. WELLPOINT INC | | | | | | | | | |
| 90. GENERAL ELECTRIC | | | | | | | | | |
| 91. MUTUAL FUNDS | | | | | | | | | |
| 92. OLSTEIN FINANCIAL ALERT FUND CL C | | | | | | | | | |
| 93. LM CLEARBR CAP & INC FD CL C (PTRNS CAP & INC FD CL C) | | | | | | | | | |
| 94. PARTNERSHIPS - LIMITED INTEREST | | | | | | | | | |
| 95. UNDERHILL ASSOC - ORIGINAL COST $6,000 | C | PTNSHP INCOME | J | R | | | | | |
| 96. 150 LAKE ASSOC. - ORIGINAL COST $3,000 | A | PTNSHP INCOME | J | R | | | | | |
| 97. RAMCO GERSHENSON PROPERTIES LP - ORIGINAL COST $10,500 | A | PTNSHP INCOME | J | R | | | | | |
| 98. BANK ACCOUNTS | | | | | | | | | |
| 99. CITIBANK | A | Interest | J | T | | | | | |
| 100. JP MORGAN CHASE | A | Interest | K | T | | | | | |
| 101. HUDSON CITY SAVINGS BANK | A | Interest | J | T | | | | | |
| 102. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,500 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 104. CITIBANK .NA. BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 105. KEY BANK NATIONAL ASSOCIATION | A | Interest | J | T | | | | | |
| 106. UNION STATE BANK | | None | | | Closed | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R - Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



8/9/10

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~UBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

SAND, LEONARD B.

ATTACHMENT TO FORM AO-10

2009

## VII. TRANSACTIONS

The undersigned has small minority interests as a limited partner in the limited partnerships listed in Part VII and is not in a position to obtain data regarding transactions in real property, securities, etc. If any further information is required, please refer to his letter of August 21, 1980 to the Honorable Edward Allen Tamm, Judicial Ethics Committee.